**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LUIS PEREZ,

Plaintiff,

v.

OSCAR BECERRA, et al.,

Defendants.

Case No. 1:26-cv-01552 KES EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE; AND DIRECTING CLERK OF COURT TO CLOSE CASE

Doc. 9

Luis Perez seeks to hold several medical professionals at Corcoran State Prison liable for violations of his civil rights, alleging they were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Plaintiff also seeks to hold defendants liable for failure to approve accommodation requests in violation of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act. *See generally* Docs. 1, 7.

The magistrate judge screened the initial complaint and found Perez failed to state any cognizable claims against defendants. Doc. 6. Perez was granted leave to amend and was informed that, alternatively, he could notify the Court that he wished to stand on the complaint. Doc. 6 at 8-9.

On June 18, 2026, Perez filed his first amended complaint. Doc. 7. Perez re-asserted the claims from his initial complaint against defendants, including deliberate indifference to serious

medical needs related to pain in his left leg, along with claims for failure to approve requests for accommodation in violation of the ADA and Section 504 of the Rehabilitation Act. *Id.*

On August 6, 2026, the magistrate judge screened the first amended complaint and issued findings and recommendations recommending dismissal, with prejudice and without further leave to amend, for failure to state a claim. Doc. 9 at 10. The Court served these findings and recommendations on Perez with a notice that any objections were to be filed within 30 days. *Id.* The Court informed Perez that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Perez filed his objections on September 8, 2026. Doc. 10.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. While Perez argues that defendants did not accurately diagnosis his condition or provide his requested accommodations, his allegations show a disagreement with defendants' medical assessments and/or with the reasonableness of their reliance on the assessments of Perez's treating physician. Perez does not establish any error in the magistrate judge's findings that he failed to allege facts stating a deliberate indifference to his serious medical needs or a basis for his ADA or Rehabilitation Act claims.

Accordingly, the Court ORDERS:

1. The findings and recommendations issued August 6, 2026 (Doc. 9) are ADOPTED in full.
2. This action is DISMISSED, with prejudice and without further leave to amend, for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 16, 2026

[signature]

UNITED STATES DISTRICT JUDGE